**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*
40 North Center Street, Suite 200
Mesa, Arizona   85201
Telephone No.: (480) 464-1111
Facsimile No.: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
*Attorneys for Plaintiff*
By: Michael R. Pruitt, SBN 011792
    Email: mpruitt@jacksonwhitelaw.com
    Nathaniel J. Hill, SBN 028151
    Email: nhill@jacksonwhitelaw.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Diana Shields, filing individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>SMC Promotions, Inc.,<br>Defendant. | Case No.: 2:10-cv-02613-HWG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the dismissal with prejudice of all claims in this matter with the parties to bear their own attorneys' fees and costs.

**DATED** this 15th day of June, 2012.

| | |
|---|---|
| **JACKSON WHITE** | **McKenna Long & Aldridge, LLP f/k/a Luce, Forward, Hamilton & Scripps, LLP** |
| /s/ Michael R. Pruitt | s/ James C. Danaher (with permission) |
| By: Michael R. Pruitt, SBN 011792<br>    Nathaniel J. Hill, SBN 028151<br>40 North Center Street, Suite 200<br>Mesa, Arizona   85201<br>*Attorneys for Plaintiff* | James C. Danaher, AZ Bar No. 024681<br><br>600 W Broadway, Ste. 2600<br>San Diego, CA 92101<br>*Attorneys for Defendant* |

**Certificate of Service**

I hereby certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants, and mailed a copy of same to any non-registrants this 15th day of June, 2012:

James C Danaher, AZ Bar No. 024681
McKenna Long & Aldridge f/k/a
Luce, Forward, Hamilton & Scripps, LLP
Attorneys for Defendant

By: /s/ Gregory Fairbanks

F:\STU\Shields, Diana\District\Stipulation.Dismiss.doc