# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Shields, filing individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>SMC Promotions, Inc.,<br><br>    Defendant. | Case No.:  2:10-cv-02613-HWG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties having agreed and stipulated pursuant to the Stipulation for Dismissal With Prejudice (Doc. 25), and good cause appearing;

**IT IS HEREBY ORDERED** dismissing this matter with prejudice, the parties to bear their own attorneys' fees and costs.

Dated: June 25, 2012.



　　　　　　　　　　　　　　　　　　　 /s/ Helen Gillmor
　　　　　　　　　　　　　　　　　　Helen Gillmor
　　　　　　　　　　　　　　　　　　United States District Judge